Retail

U.S. POSTAGE PAID
FCM LG ENV
PHILADELPHIA, PA 19124
FEB 10, 2026

UNITED STATES
POSTAL SERVICE®

15219

RDC 99

$3.28

S2324D501303-95

Noel Hanrahan, Esq. PI
PO Box 19559
Philadelphia, PA 19124

Clerk of Court
3100 U.S. Post Office & Courthouse
700 Grant Street
Pittsburgh, PA 15219