**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

**FILED**

**FEB 23 2026**

CLERK, U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

JOHN ALEXANDER,              :

    Plaintiff,              :

                 :    Civil Action No. 3:24-cv-~~323~~ 232

vs.              :    Judge Stephanie L. Haines

                 :    Magistrate Judge Kezia O.L. Taylor

George Little, Secretaryet al.,    :

    Defendants              :

## MOTION TO REOPEN CASE

1.    This Court ordered Plaintiff to file his Amended petetion on or before Feburary 2, 2026.

2.    Due to staff absentee, recent weather, recent holidays and SCI-Greene ongoing covid-19 operations, Plaintiff was unble to attend the law library for all his scheduled law library sessions. Therefore, Plaintiff thought that he needed to file a motion for an extension of time. Plaintiff filed said motion on Feburary 1, 2026, **(Please see Exhibit - A).**

3.    However, Plaintiff didn't actually need the extension of time because he was able to complete and mail out his amended petetion on Feburary 02, 2026, **(Please see attached amended Complaint).**

4.    It appears that SCI-Greene is engaging in govnernment interfernce because according to this court February 9, 2026 Order Dismissing Plaintiff Complaint, this Court never received Plaintiff Motion for extension of time and or Plaintiff Amended Complaint.

WHEREFORE, for the above mentioned reasons Plainfiff humbly request that this Court reopen the case as it does not prejudice the Defendant's.

Respectfully Submitted,

John Alexander HB6099

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

JOHN ALEXANDER,                          :
      Plaintiff,                       :
                             :      Civil Action No. 3:24-cv-323
      vs.                              :      Judge Stephanie L. Haines
                             :      Magistrate Judge Kezia O.L. Taylor
George Little, Secretaryet al.,          :
      Defendants                       :

### CERTIFICATE OF SERVICE

I, John Alexander, pro se in the above-captioned matter, do hereby certify that I am, on this 19 day of Feburary, 2026, serving a true and correct copy of the foregoing document via first class U.S. Mail addressed to the following individual:

**Megan W. Flowers**
**David W. Sundey**
**Office of Attorney General**
**1251 Waterfront Place**
**Mezzanine Level**
**Pittsburgh, 15222**

Respectfully submitted,

John Alexander HB6099
169 Progress Drive
Waynesburg, PA 15370