# EXHIBIT-A

( Inmate Copy )

**DC-138A**

## CASH SLIP

COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF CORRECTIONS

### 1. REQUISITIONING INMATE

| DOC NUMBER | NAME (PRINT) | LOCATION | DATE |
|---|---|---|---|
| HB6099 | John Alexander | AA19 | 2/1/2026 |

### 2. ITEMS TO BE CHARGED TO MY ACCOUNT

Deduct For Postage:

Clerk's office

United States District Court (Western)

700 Grant Street - RM 3110

Phila, PA 15219

## VERIFIED BY:

X ___ g Johnson ___

DATE: ___ 02/01/2026 ___

| 3. INMATE'S SIGNATURE | 4. OFFICIAL APPROVAL |
|---|---|
| John Alexander | |

### 5. BUSINESS OFFICE'S SPACE

| CHARGE ENTERED | DATE | BOOKKEEPER |
|---|---|---|
| $ .74 | 2-2-26 | |